(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CODY ADAM JULIAN,<br><br>        Petitioner,<br><br>        v.<br><br>EDWARD J. BORLA,<br><br>        Respondent. | Case No. 2:24-cv-01422-KK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 23, 2025

                                                KENLY KIYA KATO
                                                United States District Judge